789 F. Supp. 1154

TROPICANA PRODUCTS, INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 87–10–00984

(Dated March 16, 1992)

## ORDER

NEWMAN, *Judge*: Pursuant to Rule 59 of this court, on its own initiative this court hereby opens and vacates its decision and judgment in Slip Op. 92–28 of March 9, 1992 for the purpose of deleting certain matters not raised by the parties and deemed by the court unnecessary to the judgment reached. An amended opinion, findings of fact and conclusions of law and judgment of dismissal are entered concurrently with this order.